## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| OMARI SMITH, | : | PRISONER HABEAS CORPUS |
| GDC # 1000437230, | : | 28 U.S.C. § 2254 |
|     Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF GEORGIA, | : | CIVIL ACTION NO. |
|     Respondent. | : | 1:16-CV-4527-TWT-JKL |

### ORDER AND FINAL REPORT AND RECOMMENDATION

Petitioner, Omari Smith, confined in Georgia State Prison in Reidsville, Georgia, submitted (1) a "motion for discretionary appeal" [Doc. 1], (2) an "amended motion of conflict of interest" [Doc. 1-1], (3) a "motion to vacate sentence" [Doc. 2], and (4) a "prison release order" [Doc. 3], which the Clerk docketed as a motion. The Clerk docketed this case as a habeas corpus action pursuant to 28 U.S.C. § 2254. Petitioner has neither paid a filing fee nor sought leave to proceed *in forma pauperis*.

Petitioner's documents do not reflect an intent to seek relief from the United States District Court, which is a federal court. All of Petitioner's documents are formatted as brought in a Georgia state court. [Doc. 1 at 1; Doc. 1-1 at 1; Doc. 2 at 1; Doc. 3 at 1.] Petitioner may submit his documents to the proper Georgia state court

AO 72A
(Rev.8/82)

if he has not already done so.  If Petitioner wishes to seek federal habeas corpus relief, he should submit a proper § 2254 federal habeas petition under a new docket number.

Accordingly, **IT IS ORDERED** that Petitioner is **GRANTED** leave to proceed *in forma pauperis* for the purpose of administrative closure only.  The undersigned **RECOMMENDS** that (1) Petitioner's "motion to vacate sentence" [Doc. 2] and construed motion for prison release order [Doc. 3] be **DENIED AS MOOT**, and (2) this action be **ADMINISTRATIVELY CLOSED**.

The Clerk is **DIRECTED** to (1) send Petitioner a blank § 2254 petition, and (2) terminate the referral to the undersigned.

**IT IS SO ORDERED AND RECOMMENDED**, this 21st day of December, 2016.

_____
JOHN K. LARKINS III
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)