IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

OMARI SMITH,

   Petitioner,

   v.

STATE OF GEORGIA,

   Respondent.

CIVIL ACTION FILE
NO. 1:16-CV-4527-TWT

**ORDER**

This is a pro se habeas corpus action. It is before the Court on the Report and Recommendation [Doc. 4] of the Magistrate Judge recommending that the Petitioner's Motion to Vacate Sentence [Doc. 2] be denied. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 1 day of September, 2017.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\16\Smith\16cv4527\r&r.wpd